# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FT. MYERS DIVISION

**LINDA RAYNOR,**

        **Plaintiff,**

-vs-                                        **Case No.  2:07-cv-689-FtM-29DNF**

**GREAT EASTERN RESORT MANAGEMENT c/o VACATION VILLAGE AT WESTON,**

        **Defendant.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

On October 24, 2007, the Plaintiff, Linda Raynor filed a document entitled, " INSURANCE FRAUD, WORKMAN'S COMP. FRAUD, DISHONORING CONTRACTS, CAUSING INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS, DEFAMATION OF CHARACTER" (Doc. 1).  Ms. Raynor also filed an Application to Proceed Without Prepayment of Fees and Affidavit (Doc. 2).

On October 30, 2007, the Court entered an Order (Doc. 4) which required Ms. Raynor to file an amended complaint.  The Court informed Ms. Raynor that it had reviewed her original filing and found that it failed to state a claim upon which relief may be granted, and pursuant to 28 U.S.C. §1915(e)(2)(B), the Court would dismiss her case if she failed to amend.

The original filing stated that Ms. Raynor was "having trouble" with her left heel, and her supervisor told her to return to work.  Her heel got worse and she went to see a doctor who

determined that she had an inflamed tendon caused by her work shoes. Her insurance refused to pay and worker's compensation refused to pay her claim. She alleged a violation of 18 U.S.C. §1962 and claimed a RICO conspiracy and a conspiracy to dishonor contracts.

On November 6, 2007, Ms. Raynor filed a document entitled, "BREACH OF CONTRACT: VIOLATION UCC, WORKMAN'S COMP. FRAUD, CAUSING INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS, DEFAMATION OF CHARACTER" (Doc. 5). Ms. Raynor alleges that crime is commerce and therefore the Uniform Commercial Code ("UCC") applies to 18 U.S.C. §1962. Ms. Raynor claims that failure to uphold a contract violates the UCC and then she lists her expenses of $1,000.00. She also states that she has lost wages of $2,160.00 and lost workman's comp. of $1512.00. She has lost her apartment and furniture, has bad credit, and has been defamed. She claims to repair her "rating" she needs $175,283.00 and she is asking for $500 million dollars.

When an application is filed to proceed without the prepayment of fees, the Court is obligated to review the Complaint pursuant to 28 U.S.C. §1915. Section 1915(e)(2)(B) requires the Court to dismiss the case if it determines that the action is frivolous or malicious; if it fails to state a claim upon which relief may be granted; or if the complaint seeks monetary relief against a defendant who is immune from such relief.

As the Court explained in its previous Order (Doc. 4), 18 U.S.C. §1962 is a criminal statute and Ms. Raynor has not provided any legal support that she is permitted to proceed under that statute. Further, Ms. Raynor has failed to show how the only Defendant listed, Great Eastern Resort Management, Inc. c/o Vacation Village at Weston has caused her any damage or has breached a contract, violated the UCC, violated workman's comp., caused fraud, caused intentional infliction of

emotional distress, caused negligent infliction of emotional distress, or caused a defamation of character. The Plaintiff has failed to state a claim against this Defendant pursuant to Fed.R.Civ.P. 8.

Therefore, it is respectfully recommended that the Plaintiff's Application to Proceed Without Prepayment of Fees (Doc. 2) be denied, and the Plaintiff's Complaint (Doc. 1) and Amended Complaint (Doc. 5) be dismissed for failure to state a claim on which relief may be granted pursuant to 28 U.S.C. §1915(e)(2)(B)(ii).

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Respectfully recommended in Chambers in Ft. Myers, Florida this __27th__ day of November, 2007.

_____
DOUGLAS N. FRAZIER
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record