UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LINDA RAYNOR,

                Plaintiff,

vs.                                Case No.  2:07-cv-689-FtM-29DNF

GREAT EASTERN RESORT MANAGEMENT c/o
VACATION VILLAGE AT WESTON,

                Defendant.
_____

**OPINION AND ORDER**

This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. #6), filed November 27, 2007, recommending that plaintiff's Application to Proceed Without Prepayment of Fees and Affidavit (Doc. #2) be denied and that the Complaint and Amended Complaint be dismissed pursuant to 28 U.S.C. § 1915.  No objections have been filed and the time to do so has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983).  In the absence of specific objections, there is no requirement that a district judge review factual findings de novo, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations.  28 U.S.C. §

636(b)(1)(C).   The district judge reviews legal conclusions de novo, even in the absence of an objection.  See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts and fully adopts the Report and Recommendation of the magistrate judge.

Accordingly, it is now

**ORDERED**:

1.  The Report and Recommendation (Doc. #6) is hereby **accepted** and **adopted.**

2.  The Application to Proceed Without Prepayment of Fees and Affidavit (Doc. #2) is **DENIED** and the documents construed as a Complaint (Doc. #1) and Amended Complaint (Doc. #5) are **dismissed** without prejudice pursuant to 28 U.S.C. § 1915.

3.  The Clerk shall enter judgment dismissing the case without prejudice, terminate all pending matters as moot, and close the file.

**DONE AND ORDERED** at Fort Myers, Florida, this ___11th___ day of December, 2007.

JOHN E. STEELE
United States District Judge

Copies:
Hon. Douglas N. Frazier
United States Magistrate Judge

Counsel of Record
Unrepresented parties